# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **NAARA ELISA CRUZ-VILAR,** <br><br> Defendant. | **CRIM. NO. 16-279 (PAD)** |

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Marcos E. López regarding the Rule 11 proceeding of defendant, Naara Elisa Cruz-Vilar (Docket No. 8), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to counts one of the Information.

The court notes that a Presentence Investigation Report was ordered (Docket No. 6). The Sentencing Hearing is set for September 9, 2016 at 9:30 a.m. in Courtroom 3. The parties shall file, not later than August 29, 2016, Sentencing Memoranda, which should include any recommendation(s) to be made at the Sentencing Hearing.

**SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of June, 2016.

                                                           S/Pedro A. Delgado-Hernández
                                                           PEDRO A. DELGADO HERNANDEZ
                                                           United States District Judge